No. 74–1107. CAPPAERT ET AL. *v.* UNITED STATES ET AL.; and

No. 74–1304. NEVADA EX REL. WESTERGARD *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 508 F. 2d 313.

No. 74–1393. SINGLETON, CHIEF, BUREAU OF MEDICAL SERVICES, DEPARTMENT OF HEALTH AND WELFARE OF MISSOURI *v.* WULFF ET AL. C. A. 8th Cir. Certiorari granted limited to Questions 1 and 2 presented by the petition which read as follows:

"1. Whether there is a logical nexus between the status of respondent-physicians and the claims they seek to have adjudicated sufficient to confer standing on them to challenge the constitutionality of Section 208.152, RSMo Supp. 1973.

"2. Whether the Court of Appeals acted in excess of its jurisdiction when it proceeded to determine on the merits the constitutionality of Section 208.152, RSMo Supp. 1973."

MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition. Reported below: 508 F. 2d 1211.

No. 74–1435. ENVIRONMENTAL PROTECTION AGENCY ET AL. *v.* CALIFORNIA EX REL. STATE WATER RESOURCES CONTROL BOARD ET AL. C. A. 9th Cir. Certiorari granted and case set for oral argument with No. 74–220, *Hancock* v. *Train* [certiorari granted, 420 U. S. 971]. Reported below: 511 F. 2d 963.